IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BARBARA ANN JACKSON,

    Plaintiff,

v.                                  CASE NO. 4:16cv773-RH/CAS

BANK OF AMERICA, N.A.,
and DAVID H. ABRAMS,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4, and the objections, ECF Nos. 8 and 9. I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed with prejudice based on the doctrine of res judicata." The clerk must close the file.

SO ORDERED on February 12, 2017.

                                        s/Robert L. Hinkle
                                        United States District Judge